IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I. a/s/o COREY NIHART AND KATIE NIHART,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>and<br><br>PECRON LLC,<br><br>Defendants. | Court File No.: 21-cv-01749-KMM-TNL<br><br><br>**MOTION FOR DEFAULT JUDGMENT** |

TO: Defendant Pecron, LLC

PLEASE TAKE NOTICE that, on July 6, 2022 at 10:00AM, before the above-named court, Plaintiff American Family Mutual Insurance Company, S.I., will move the Court for an order entering judgment by default against Defendant Pecron, LLC as follows:

1. Finding that the defendant, Pecron LLC ("Pecron") manufactured an Aeiusny 400W Solar Generator Portable Power Station ("Generator").

2. Finding that Pecron defectively designed and manufactured the Generator and is liable for the damages caused the by Generator.

3. Finding that Pectron breeched its duty to the Niharts by defectively designing and manufacturing the Generator in a manner that ultimately led to the Generator causing a fire at the home of the Niharts.

4. Determining that the damage caused by the Generator is equal to $191,619.75 in property damage.

5. Ordering judgment against Defendant Pecron LLC and in favor of the Plaintiff for strict liability and negligence in the amount of $191,619.75.

Dated: <u>May 6, 2022</u>                                    YOST & BAILL, LLP


By <u>    /s/ David J. Yarosh         </u>
David J. Yarosh (#184123)
2050 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN  55402
612.338.6000 – telephone
612.344.1689 – facsimile
dyarosh@yostbaill.com


By <u>    /s/ Teirney S. Christenson    </u>
Teirney S. Christenson (#1056438)
*Pro Hac Vice*
2675 North Mayfair Road, Suite 600
Milwaukee, WI  53226
414.203.2054 – telephone
414.203.0610 – facsimile
tchristenson@yostbaill.com

*ATTORNEYS FOR PLAINTIFF*