UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I. a/s/o COREY NIHART AND KATIE NIHART,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>and<br><br>PECRON LLC,<br><br>Defendants. | Court File No. 21-cv-1749-KMM-DJF<br><br><br>**ORDER GRANTING AMERICAN FAMILY AND AMAZON'S JOINT MOTION TO DISMISS** |

The above-entitled matter is before the undersigned on the motion of American Family and Amazon seeking voluntary dismissal of Amazon, with prejudice, under Rule 41(a)(2) of the Federal Rules of Civil Procedure. Based upon all the files, records and proceedings herein, and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby finds as follows:

1. American Family and Amazon's Joint Motion for Dismissal Under Rule 41(a)(2) [ECF No. 74] is **GRANTED**.

2. The dismissal of Amazon from this matter has no impact on Pecron's pending Motion for Sanctions against Amazon [ECF No. 87], over which the Court retains jurisdiction, and to which Amazon will be required to respond by separate Order of the Court.

3. It is further **ORDERED** that American Family's claims against Amazon are dismissed with prejudice, with each party to bear its own costs and fees.

Date:  May 15, 2023

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge