# UNITED STATES DISTRICT COURT

## District of Minnesota

American Family Mutual Insurance Company, S.I., a/s/o Corey Nihart and Katie Nihart

                    Plaintiff(s),

v.

Pecron LLC

                    Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 21-cv-1749 KMM/DJF

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Based on the foregoing discussion, IT IS HEREBY ORDERED THAT Pecron, LLC's Motion for Summary Judgment [Doc. 103] is GRANTED and this matter is DISMISSED WITH PREJUDICE.

Date: 12/18/2023                                      KATE M. FOGARTY, CLERK